UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARLON WHITMORE,

    Plaintiff,

    v.

TIMOTHY WILHELM, et al.,

    Defendants.

_____/

No. C 13-1408 PJH

**ORDER SETTING HEARING**

    Before the court is plaintiff's motion to strike, filed on August 25, 2014. The court orders the motion to be heard on October 15, 2014, at 9:00am, in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: September 29, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge