UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON WHITMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>    Defendants. | Case No. 13-cv-01408-PJH (EDL)<br><br>**ORDER GRANTING REQUEST TO BE EXCUSED FROM SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 87 |

By letter dated January 5, 2015, Defendants Clark and Peters requested to be excused from personally appearing at the settlement conference scheduled for February 13, 2015. There is no objection to this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendants Clark and Peters be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on February 13, 2015.

If the Court concludes that the absence of Defendants Clark and Peters is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendants Clark and Peters.

**IT IS SO ORDERED.**

Dated: Jan 6, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge