**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: February 13, 2015          Time: 10:00 AM - 3:39 PM

Case No:  **C-** 13-01408 **PJH (EDL)**

Case Name:  MARLON WHITMORE **v.** CITY OF SANTA ROSA, et al.

    Deputy Clerk: Stephen Ybarra     Court Reporter: Lydia Zinn

    Attorneys:  Pltf: Ben Nisenbaum
                   Deft: Robert Jackson
                   Deft: Caroline Fowler
                   Deft: Robert Henkels

---

**PROCEEDINGS**

[X]   SETTLEMENT CONFERENCE      []   FURTHER SETTLEMENT CONFERENCE

    [X]   Case settled

    []   Did not settle

    []   Partial settlement

[]   DISCOVERY CONFERENCE

[]   STATUS CONFERENCE RE:

[]   TELEPHONIC CONFERENCE RE:

[X]   OTHER: Terms of the settlement were placed on the record.

cc: PJH